MARGARET E. CASEY v. STATE OF NEW JERSEY,
DEPARTMENT OF LABOR & INDUSTRY.

March 27, 1984.

Petition for certification denied.

THOMAS P. MAHONEY v. CARUS CHEMICAL COMPANY, INC.

March 27, 1984.

· Petition for certification granted.

JOHN FOX v. WOODBRIDGE TOWNSHIP BOARD
OF EDUCATION.

March 27, 1984.

Petition for certification granted.

KANDALL FABRICATING & SUPPLY CORP. v.
I.G.C. SPRINKLER CORP.

March 27, 1984.

Petition for certification denied.